Waixel v. Harrison.

---

SOLOMON WAIXEL, BY NEXT FRIEND,

v.

CARTER H. HARRISON.

*Appeals—Practice—Assignment of Errors—Absence of.*

This court declines to consider the appeal in the case presented, there being no assignment of errors.

[Opinion filed April 21, 1890.]

APPEAL from the Circuit Court of Cook County; the Hon. JOHN P. ALTGELD, Judge, presiding.

Messrs. BYAM, PARKHURST & WEINSCHENK, for appellant.

Messrs. A. S. TRUDE and W. A. FOSTER, for appellee.

GARY, P. J.    There is no assignment of errors in this case. In the abstract, the motion for a new trial, with a reference to the place in the record where it is to be found, is printed under the title "Assignment of Errors."    But it is no such thing.

The appeal must be  dismissed, without prejudice, or costs to either party.    Ditch v. Sennott, 116 Ill. 222.

*Appeal dismissed.*